JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MELENA, JR., | CV 21-4782 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| ASRC INDUSTRIAL SERVICES, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's July 20, 2021 Minute Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: July 21, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE